UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80467-CIV-GOODMAN
[CONSENT CASE]

ENRIQUE COLLADO,

    Plaintiff,

v.

J. & G. TRANSPORT, INC. et al.,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the jury's verdict, judgment is entered in favor of Defendants and against Plaintiff.

**DONE and ORDERED** in Chambers, in Miami, Florida, on December 16, 2016.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record